IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| VIDOR EXPRESS, L.L.C. D/B/A <br> HOLIDAY INN EXPRESS & SUITES, <br><br> *Plaintiff,* <br><br> v. <br><br> TRUCK INSURANCE EXCHANGE, <br><br> *Defendant.* | § § § § § § § § § § § § | CASE NO. 1:19-CV-00511 <br> JUDGE MICHAEL TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

The Parties notified the Court that they settled this matter. The Court ordered the Parties to file the appropriate dismissal documents with the Court on or before February 13, 2023. [Dkt. 58].

The Court notes that no dismissal documents were filed within the prescribed time and therefore the Court **DISMISSES WITH PREJUDICE** the above-styled matter.

It is therefore **ORDERED** that each Party bear its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 31st day of March, 2023.**

Michael J. Truncale
United States District Judge